IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:09-cv-1809-B |
| GEORGE WESLEY HARRIS and GIANT OPERATING, LLC, | § § § | |
| Defendants, and | § § | |
| STEPHEN CHRISTOPHER PLUNKETT, GIANT PETROLEUM, INC., and DSSC OPERATING, LLC, | § § § § | |
| Relief Defendants. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney (docket # 152). The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 20th day of September, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE