IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:09-CV-1809-B |
| GEORGE WESLEY HARRIS and GIANT OPERATING, LLC, | § § § § | |
| Defendants, and | § § | |
| STEPHEN CHRISTOPHER PLUNKETT, GIANT PETROLEUM, INC., and DSSC OPERATING, LLC, | § § § § | |
| Relief Defendants. | § § | |

## AMENDED ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney (docket # 152). Objections were filed by the American Cancer Society (doc 163). Having conducted a *de novo* review of the objections, the Court OVERRULES the objections. Having otherwise reviewed the Findings, Conclusions, and Recommendation for plain error and finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22nd day of September, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE