UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-1809-B |
| GEORGE WESLEY HARRIS, STEPHEN CHRISTOPHER PLUNKETT, WILLIAM CARSON ARNOLD, and GIANT OPERATING, LLC, | § § § § § § | |
| Defendants, and | § § | |
| GIANT PETROLEUM, INC., and DSSC OPERATING, LLC, | § § § | |
| Relief Defendants Solely for the Purposes of Equitable Relief. | § § | |

### ORDER

Before the Court is the Joint Status Report filed July 2, 2012 by the SEC and Defendant William Carson Arnold ("Arnold"). The Report explains that SEC counsel submitted for agency review a written recommendation that the SEC compromise its remaining claims against Arnold, and they expect this process to take approximately 30 additional days. The parties are hereby **ORDERED** to submit either a proposed final judgment as to Arnold or a joint status report stating the status of the SEC's claims against Arnold by **August 15, 2012**.

SO ORDERED.

DATED: July 23, 2012

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE