IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Plaintiff, | § § Case No.: 3:09-cv-01809-B |
| v. | § § |
| GEORGE WESLEY HARRIS, *et al.*, | § § |
| Defendants, and | § § |
| GIANT PETROLEUM, INC., and DSSC OPERATING, LLC, | § § § |
| Relief Defendants, Solely for the Purposes of Equitable Relief. | § § |

**[PROPOSED] ORDER GRANTING STEPHEN G. GLEBOFF'S
MOTION FOR APPROVAL OF APPLICATION FOR PAYMENT OF
ATTORNEYS' FEES AND EXPENSES**

Before the Court is the Motion filed by Stephen G. Gleboff, for Approval of his Application for Payment of Attorneys' Fees and Expenses and Brief in Support, covering the fees and expenses incurred by Gleboff Law Group PLLC and Stephen G. Gleboff PLLC, for service as counsel to Karen Cook, Receiver, during the period from October 1, 2011 through December 31, 2014.

Having considered the pleadings, the responses and objections thereto, the replies, the evidence presented, and arguments of counsel, if any, the Court is of the opinion that the Motion should be and is hereby GRANTED as set forth below.

The Court finds that with respect to the amounts approved for payment set forth below, the time spent, services performed, hourly rates charged, and expenses incurred by

Gleboff Law Group PLLC, and Stephen G. Gleboff PLLC, during the time period covered by the above-referenced Motion, were reasonable and necessary for the Receiver to perform her Court-ordered duties.

It is therefore ORDERED that:

The Motion of Stephen G. Gleboff for Approval of his Application for Payment of Attorney's Fees and Expenses is GRANTED as submitted. The Receiver is authorized and directed to pay to Stephen G. Gleboff the amount of $_____$.

Signed this _____ day of \_\_\_\_\_, 2016.

_____
HONORABLE JANE J. BOYLE
UNITED STATES DISTRICT COURT JUDGE